**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6311-Cr-Huck/Brown**

UNITED STATES OF AMERICA,

        Plaintiff,

vs

CLARENCE LARK, et al,

        Defendants.

_____/

### NOTICE OF SUBMISSION OF
### PROPOSED JURY QUESTIONNAIRE

The defendants and the United States hereby submit the agreed upon joint proposed Jury Questionnaire in the above matter. Undersigned counsel and the United States Attorney through Michael Dittoe, have discussed the Questionnaire and reached agreement that the enclosed Questionnaire is appropriate for both sides and would therefore submit it to the Court.

A hearing is presently scheduled for 8:00 a.m. on Tuesday, February 6, 2001 with reference to the Questionnaire. In light of the agreement, counsel for the United States and the defendants would request that the hearing be canceled as moot.

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 31st day of January 2001 to all parties on the attached Service List.

        Respectfully submitted,

        **BIERMAN, SHOHAT,**
        **LOEWY & KLEIN P.A.**
        Attorneys for Defendant
        800 Brickell Avenue PH-2
        Miami, FL 33131-2944
        Phone: 305-358-7000
        Facsimile: 305-358-4010

        By_____
        **DONALD I. BIERMAN**
        Florida Bar: 093244

**SERVICE LIST**
<u>UNITED STATES v CLARENCE LARK, et al</u>
CASE NO. 00-6311-Cr-Huck

Michael J. Dittoe, Esq.
Assistant U.S. Attorney
500 East Broward Blvd.
7th Floor
Fort Lauderdale, FL 33394

954-356-7392, 7254 ext. 3586


Paul D. Lazarus, Esquire
800 Brickell Avenue
Penthouse Two
Miami, FL 33131

305-539-0606
Attorney for Crenshaw


Guy Speigelman, Esquire
Suite 400
28 West Flagler Street
Miami, FL 33131

305-373-6634
Attorney for McHorne


Reemberto Diaz, Esquire
1435 South Miami Avenue
Miami, FL 33130

305-446-0001
Attorney for Hall


James D. Henderson, Esquire
12121 Wilshire Blvd., Suite 1130
Los Angeles, CA 90025

310-478-3131
Attorney for Gallo


William J. Cone, Jr., Esquire
514 S.E. 7th Street
Fort Lauderdale, FL 33301

954-764-0570
Attorney for Newton


Donald I. Bierman, Esq
Bierman, Shohat, Loewy & Klein P.A.
800 Brickell Avenue, PH-2
Miami, FL 33131

305-358-7000
Attorney for Lark


Steve Kassner, Esquire
815 Ponce de Leon Blvd.
Suite 303
Coral Gables, FL 33134

305-461-2744
Attorney for Lampkin


Bruce H. Lehr, Esquire
Suite 810
1401 Brickell Avenue
Miami, FL 33131

305-377-1777
Attorney for Seymour


Larry Hanfield, Esquire
4770 Biscayne Blvd.
Suite 1200
Miami, FL 33137

305-576-1011
Attorney for Hall


Martin R. Raskin, Esquire
Grove Forest Plaza, Suite 206
2937 S.W. 27 Avenue
Miami, FL 33133

305-444-3400
Attorney for Gallo

## PROPOSED JUROR QUESTIONNAIRE
## <u>United States of America v. Lark, et al</u>
## Case No. 00-6311-Cr-Huck

TO THE PROSPECTIVE JUROR:

The information which you give in response to this questionnaire will be used only by the court and the parties to select a qualified jury. After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence; under seal. The attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Please answer each question as completely and accurately as you can. Your complete written answers will save a great deal of time for the Court, the parties and you. There are no right or wrong answers to the questions. In order to ensure that our answers are not influenced by the opinions of others, **you should fill out the questionnaire by yourself without consulting or talking with any other person.**

You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the court under oath. What is needed is your very best, honest effort to answer the questions contained in the booklet.

If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer because you do not know, write "Do not know" in the space after the question. If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering.

If you feel that any question requires an answer which is too sensitive (personal or private) to be included in a public record or discussed in open court, simply write "private" in the left margin next to your answer and the questioning on that topic will be held in private, out of the presence of the other prospective jurors.

The sole purpose of the questionnaire is to encourage your full expression and honesty, so that all parties will have a meaningful opportunity to select a fair and impartial jury to try the issues in this case. Thank you for your full cooperation. It is of vital importance to the Court.

**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Juror Number: _____    Date: _____
                    (The number is your summons.)

1.  Name:_____
                    Last                    First                    Middle

2.  Have you ever been known by any other name(s)?

        Yes _____        No _____

        If yes, what name(s)?

        _____

        _____

3.  Are you:  Male _____  Female _____

4.  Age: _____

5.  Place of Birth:

        _____

        a.  If you were not born in the United States, what year did you come
            here?

        _____

6.  In what area of Dade County do you currently live?

        _____

        a.  How long have you lived at your current address?

        _____

        b.  How long have you lived in Dade County?

        _____

-2-

c.  Where did you live before you moved to Dade County?

_____

d.  How long did you live there?

_____

7.  Do you (check one)?

_____ Own  _____ Rent

Live with relatives/friends?

_____

8.  Marital status: (If divorced, please check divorced, not single)

_____ Married            _____ Live with significant other

_____ Separated          _____ Divorced

_____ Remarried          _____ Widowed

_____ Never married.

9.  If married or living with a significant other, what is that person's native language and birthplace?

_____

10.  Do you have any children or step-children?

_____ Yes              _____ No

If yes, please state:

-3-

| Sex | Age | Child living with you? | Level of education? | Occupation |
|-----|-----|------------------------|---------------------|------------|
|     |     |                        |                     |            |
|     |     |                        |                     |            |
|     |     |                        |                     |            |
|     |     |                        |                     |            |

11.    Are there any other persons residing in your household besides your spouse (Significant Other) or children?

_____Yes              _____No

If yes, please state:

| Sex | Age | Level of Education | Occupation | His/Her relationship with you |
|-----|-----|--------------------|------------|-------------------------------|
|     |     |                    |            |                               |
|     |     |                    |            |                               |
|     |     |                    |            |                               |
|     |     |                    |            |                               |

12.  What is the highest level of education you completed?

_____Grade School or less          _____Less than 2 years of college

_____Some high school              _____More than 2 years of college

_____High School graduate          _____College graduate

_____Technical or business
        school                       _____Post graduate degree

a.  If you attended school after high school, including any trade or vocational schools, please list the type of school, your major area

-4-

of study and any certificates or degrees that you received:

_____

_____

_____

_____

13. What was the highest level of education your spouse or significant other completed?

_____Grade school or less          _____Less than 2 years of college

_____Some high school            _____More than 2 years of college

_____High School graduate        _____College graduate

_____Technical or business
        school                    _____Post graduate degree

a. If your spouse or significant other attended school after high school, including any trade or vocational schools, please list the type of school his/her major area of study and any certificates or degrees that were received:

_____

_____

_____

_____

14. Are you currently

_____Employed              _____Student

_____Unemployed            _____Disabled

_____Retired               _____Homemaker

-5-

a.  If you are now employed:

Name of employer and location of job:

_____

Job Title:

_____

Duties (describe briefly):

_____

How long have you worked at your current job?

_____

b.  If you (a) have been with your current employer less than five years or
(b) if you checked unemployed, retired, disabled or student, please
answer the following questions about last position:

How long were you at this job?

_____

_____

Termination date:

_____

Reason for termination:

_____

Name of employer and location of job:

_____

-6-

Job title:

_____

Duties (describe briefly)

_____

_____

_____

15.   Is your current job considered management?

_____Yes          _____No

If yes, how many people do you manage or supervise?

_____

_____

_____

_____

16.   Have you ever had a job which was considered management?

_____

If yes, how many people did you manage or supervise?

_____

_____

-7-

17.  Have you ever owned your own business?

_____

_____

_____Yes, currently       _____Yes, in the past      _____No

If yes, what type of business?

_____

_____

_____

_____

If in the past, how did you discontinue your business?

_____

_____

_____

_____

18.  If you checked married or living with a significant other in question #8,
     please tell us about the other person:

Is he/she:       _____Employed       _____Student

                 _____Unemployed     _____Homemaker

                 _____Retired        _____Disabled

a.  If a student, area of study:

_____

_____

-8-

b.  If employed, name of employer and location of job:

_____

_____

_____

Job title:

_____

_____

Duties (describe briefly)

_____

_____

_____

Does the job involve management or supervision?

_____Yes          _____No

If yes, how many people?

_____

_____

_____

How long at current job?

_____

_____

-9-

c.  If spouse or significant other is retired, unemployed or disabled, please list his/her last job description:

_____

_____

_____

Duties (describe briefly)

_____

_____

_____

How long ago did he/she leave that job?

_____

_____

_____

d.  If divorced or widowed, what kind of work did your spouse or partner do?

_____

_____

_____

19.  What are or (if retired or deceased) were your parents' occupations?

Mother_____

Father_____

-10-

20. Your race or ethnic background?

     \_\_\_\_\_Hispanic
     \_\_\_\_\_African-American
     \_\_\_\_\_Caucasian
     \_\_\_\_\_Native American
     \_\_\_\_\_Asian/Filipino/Pacific Islander
     \_\_\_\_\_Other (please specify)_____

21. In terms of your outlook on life, do you usually think of yourself as

     \_\_\_\_\_very conservative     \_\_\_\_\_somewhat liberal
     \_\_\_\_\_somewhat conservative     \_\_\_\_\_very liberal
     \_\_\_\_\_middle of the road

22. Have you or your spouse ever been in the military, including the reserves, National Guard or ROTC?

     _____Yes         _____No

   a. If yes, who (relationship to you):

    _____

    _____

    _____

    which branch?

    _____

    _____

    How many years of service?

    _____

    _____

Rank at time of discharge?

_____

_____

Type of work performed?

_____

_____

b.  Have you ever been in the military police or the shore patrol?

_____Yes              _____No

c.   Have you ever had a military disciplinary action taken against you?

_____Yes              _____No

If yes, please explain the nature and result of the disciplinary action:

_____

_____

_____

_____

Did you receive an honorable discharge?

_____Yes              _____No

d.  Have you ever served on court martial proceedings?

_____Yes              _____No

If yes, how many times?

-12-

In what capacity?

_____

_____

Approximate dates of court martial service?

_____

_____

_____

23.  Have you ever had any previous experience as a juror?

_____Yes          _____No

If yes, please state:

| Year | Civil/ Criminal | Federal /State | Type of case? | Reach a Verdict? | If not, why? |
|------|-----------------|----------------|---------------|------------------|--------------|
|      |                 |                |               |                  |              |
|      |                 |                |               |                  |              |
|      |                 |                |               |                  |              |
|      |                 |                |               |                  |              |

a.  Were you ever a foreperson of any of these juries?

_____Yes          _____No

-13-

24. Have you ever served on a federal or local grand jury?

       \_\_\_\_\_Yes        _____No

If yes, please state the nature of that jury as well as when and where you served:

_____

_____

_____

   a. Were you a member of the grand jury that handed down the indictment in this case?

       _____Yes        _____No

25. Have any of your immediate family members ever served on a federal or local grand jury?

       _____Yes        _____No

If yes, who (relationship to you):

_____

_____

_____

Please state the nature of that jury as well as when and where they served:

_____

_____

_____

a. Were they a member of the grand jury that handed down the indictment in this case?

_____Yes          _____No

26. Do you have any current physical, medical (including difficulty in seeing or hearing) or emotional problems which may make it difficult for you to serve as a juror?

_____Yes          _____No

If yes, please explain:

_____

_____

_____

_____

27. Is English your native language?

_____Yes          _____No

a. If no, what is your native language?

_____

Do you understand the English language?

_____Yes          _____No

Do you speak the English language?

_____Yes          _____No

-15-

Do you read the English language?

_____Yes          _____No

b.  How do you rate your ability to read and speak English?

_____Very good    _____Good  _____Minimal

c.  Do you understand, speak, read and/or write any language other than English?

_____Yes          _____No

If yes, indicate what other language(s):

_____

_____

_____

28.  Do you or any of your family members or close friends serve as officers, directors or active members of any political, social, religious, charitable, volunteer, professional or business organizations: If so, which organizations and what positions are held now or in the past, by whom?

_____

_____

_____

_____

29.  In a group of people that you do not know well, how influential would you say you are in getting others to adopt your point of view? (Circle one)

_____Not at all      _____Somewhat        _____Extremely
      influential          influential            influential

1    2    3    4    5    6    7    8    9    10

30.    What are your hobbies, major interests, recreational pastimes and spare-time activities?

_____

_____

_____

_____

31.    Have you ever signed a petition in order to get something done or something changed?

_____Yes          _____No

If yes, please explain:

_____

_____

_____

_____

32.    Do you or any family members have any bumper stickers on your car(s) or messages on your T-shirt(s)?

_____Yes          _____No

If yes, what do the bumper stickers or T-shirt(s) say?

_____

_____

_____

33.  Please list the TV shows you watch regularly:

_____

_____

_____

_____

34.  Do you regularly watch the 6:00 P.M. or the 11:00 P.M. local and/or national news on television?

_____Yes          _____No

35.  Do you watch any of the following programs (check all that apply)?

_____60 Minutes    _____20/20        _____Nightline

_____Frontline     _____America's Most Wanted

_____Dateline      _____Other news/docudrama show.

Specify:  _____

36.  Do you watch court TV?

_____Yes          _____No

37.  What are the last three (3) books you read?

_____

_____

_____

-18-

38.  Do you read the newspaper:

      _____Daily           _____2-3 times/week

      _____Occasionally     _____Seldom or never

      What newspaper do you read?

      _____

      _____

      _____

      _____

39.  Please list other newspaper, magazines and/or other print publications you read regularly?

      _____

      _____

      _____

      _____

40.  Which section of the newspaper do you read first?

      _____

      _____

41.  What kind of movies do you like to watch?

      _____

      _____

      _____

42.  Do you follow newspaper, radio and/or TV stories about crime?

_____Yes          _____No

If yes, do you follow crime stories:

_____Very closely          _____Occasionally

_____Somewhat closely          _____Rarely

43.  Do you listen to news or talk radio:

_____Daily          _____2-3 times/week

_____Occasionally          _____Seldom or never

If yes, what language stations do you listen to most often:

_____English          _____Spanish          _____Creole

_____Other          Please specify:_____

_____

What news/talk radio show, if any, do you listen to most often?

_____

_____

_____

Do you have a favorite news/talk radio show host?

_____

_____

-20-

_____

If so, who?

_____

_____

44    Do you surf the net? Yes_____    No_____

Where?_____

_____

45.    During the past ten years, have you exercised your right to vote?

_____Yes            _____No

If yes, how often?

_____

_____

Every time I'm eligible

_____ Yes            _____ No

National elections only

_____ Yes            _____ No

Only if a matter of interest to me is on the ballot

_____ Yes            _____ No

46.    Have you, or have any of your friends or relatives, ever been an official or
employee of the United States Government or of any state or local government

-21-

agency or department, including for example, Broward County, Port Everglades or the U.S. Labor Department?

_____Yes          _____No

If yes, who?

_____

_____

Relationship to you:

_____

_____

What agency or department?

_____

_____

47.  Have you ever been in court before, other than for a minor traffic violation?

_____Yes          _____No

If yes, what were the circumstances:

_____

_____

_____

48.  Have you ever been a witness or given a statement in any type of legal proceeding?

_____Yes          _____No

-22-

If yes, briefly describe the circumstances:

_____

_____

_____

49.  Have you or anyone in your family ever been a party to a lawsuit?

_____Yes          _____No

If yes, who (relationship to you)

_____

_____

Were you the party who sued

_____

_____

Or the party who was sued

_____

What type of lawsuit was it and what was the outcome?

_____

_____

_____

50.  Have you, a family member or close friend ever been accused of, charged with, or convicted of any crime, or been the subject of a criminal investigation, other than a minor traffic violation?

-23-

_____Yes              _____No

If yes, please state the date, crime, charging authority and the outcome?

_____

_____

_____

If yes, do you feel that you, the family member or friend was justly accused, charged, convicted or investigated?

_____Yes              _____No

Please explain:

_____

_____

_____

51.  Have you or any member of your immediate family ever been audited or had a dispute with any agency or department of the United States Government (including the IRS, INS, Social Security Administration, Veterans Administration, etc.)?

_____Yes              _____No

If yes, do you believe you were treated fairly?

_____Yes              _____No

Please explain:

_____

_____

-24-

_____

_____

52.     Have you, a family member or close friend ever been the victim of any crime?

_____Yes            _____No

If yes, please describe who was the victim and what the crime was:

_____

_____

_____

_____

a.  Was anyone arrested?          _____Yes          _____No

If yes, what was the outcome?

_____

_____

_____

_____

b.  If there was a trial, did you testify?

_____Yes          _____No

c.  Were you satisfied with the way law enforcement handled the matter?

_____Yes          _____No

Please explain:

-25-

_____

_____

53. Do you know any private criminal defense attorneys, public defenders, legal Aid lawyers, paralegals, investigators or anyone else involved in criminal defense work?

_____Yes              _____No

If yes, please list their name(s), the type of legal work they do, where they work and their relationship to you:

_____

_____

_____

_____

54. Do you know any State Attorneys, Assistant State Attorneys, U.S. Attorneys, or Assistant U.S. Attorneys, or any other type of prosecutor?

_____Yes              _____No

If yes, please list their name(s), the type of legal work they do, where they work and their relationship to you:

_____

_____

_____

_____

55.  Has any lawyer, law professor, law student or law firm employee discussed any of his/her work on cases with you?

_____Yes            _____No

If yes, would this relationship or anything this person has told you cause you to favor either the government or the defendants in this case?

_____Yes            _____No

If yes, please explain:

_____

_____

_____

_____

56.  Have you, your family, neighbors, friends or acquaintances ever been involved in any type of law enforcement (police officer, FBI, DEA, IRS, Customs, INS, etc.) Or protective services (guards, security, investigative) work?

_____Yes            _____No

If yes, please describe the person, the department by which he/she is employed, and that person's relationship to you.

_____

_____

_____

_____

-27-

57.    Have you or anyone close to you ever considered law enforcement or protective services as a career?

_____Yes                _____No

If yes, please explain:

_____

_____

_____

_____

58.    Are you a member of any Labor Union?    _____Yes   _____No

Have you ever held office in that Labor Union? _____Yes _____No

Have you ever had any difficulty with the officers of your Union?

_____Yes _____No

Do you believe that the Labor Union officers do a good job for their members and the public?    _____Yes        _____No

59.    Have you as an employer or owner/manager of a company ever had dealings with Labor Unions?

_____Yes _____No

60.    If the answer to the question 59 is yes, please explain.  What feelings are you left with about Labor Unions?

_____

_____

_____

-28-

61.    As a general matter, do you feel that the Teamsters Union and other Unions are honest organizations?

          _____Yes     _____No

62.    Have you ever heard or are you personally acquainted with any of the defendants?

Clarence Lark          _____Yes  _____No

Larry Crenshaw         _____Yes  _____No

William Garcia         _____Yes  _____No

Curtis Newton          _____Yes  _____No

John Gallo             _____Yes  _____No

Ricardo McHorne        _____Yes  _____No

Charlie Hall           _____Yes  _____No

Keith Lampkin          _____Yes  _____No

Lawrence Seymore  _____Yes  _____No

If yes as to any, please explain: _____

_____

_____

63.    Before today did you have any information from any source about a legal case involving these persons?

          _____Yes          _____No

If yes, what information have you heard and what is the source?

_____

_____

_____

_____

64.  Have you seen, read or heard anything about this case?

_____Yes          _____No

If yes, please state what you remember reading or hearing about the case.

_____

_____

_____

Have you formed an opinion as to the guilt or innocence of any of the defendants?

_____Yes          _____No

If yes, what opinion have you formed and on what is it based?

_____

_____

_____

_____

65.  Is there anything about what you have seen, read or heard which has caused you to form an opinion as to the guilt or innocence of any of the defendants?

_____Yes          _____No

-30-

If yes, what opinion have you formed and what is it based on?

_____

_____

_____

_____

66.  Do you know of any reason why you may be prejudiced for or against the government or for or against the defendants because of the nature of the charges?

_____

_____

_____

_____

67.  Do you feel that you would have any problem sitting impartially as a juror in a case where a defendant is of **Italian** extraction?

_____Yes     _____No

68.  This case involves allegations regarding the importation or narcotics.  Do you feel that you would have any problem sitting impartially as a juror in a case where the defendants are charged with narcotics offenses and/or money laundering involving narcotics proceeds?

_____Yes     _____No

69.  Have you or any member of your family every been addicted to narcotics?

_____Yes     _____No

If yes, please explain_____

-31-

If yes, would this result in your inability to judge a case involving charges of narcotics fairly? _____Yes _____No

70.  Have you ever been a member of any anti-drug organization?

_____Yes _____No

71.  Do you regularly read any publications which advocate changes in present laws concerning distribution of adult films and videos?

_____Yes _____No

If yes, please identify the publication or publications.

72.  Have you ever belonged to or contributed to any organization which advocates changes in the laws regarding adult movies or videos and their distribution?

_____Yes _____No

If yes, please identify the organization or organizations_____

73.  Do you feel that you would have any problem sitting impartially as a juror in a case where a defendant(s) and/or witness(es) were employed in the adult movie business?

_____Yes _____No

74.  Do you believe that you would have any difficulty distinguishing or identifying the evidence which should be attributed to each separate defendant, in accordance with the court's instructions, in a nine (9) defendant case which could last in excess of two months?

_____Yes _____No

75.   Do you harbor any feelings about union officials that might cause you to be unable to impartially evaluate the evidence presented in this case?

_____Yes            _____No

Please explain:

_____

_____

_____

_____

76.   Do you harbor any feelings about Afro-Americans that might cause you to be unable to impartially evaluate the evidence presented in this case in which the defendants are African-American?

_____ Yes            _____ No

77.   If you were representing either party in this case, that is, either the Government or the defendant, is there any reason why you would not want to have the case decided by someone with your beliefs, background or frame of mind?

_____

_____

_____

_____

78.   Do you know, or are you familiar with, any of the persons listed below:

_____Assistant United States Attorney Michael Dittoe
_____Donald I. Bierman, Esquire
_____Paul D. Lazarus, Esquire
_____Guy Speigelman, Esquire

-33-

_____Reemberto Diaz, Esquire
_____James D. Henderson, Esquire
_____Willian J. Cone, Jr., Esquire
_____Steve Kassner, Esquire
_____Bruce H. Lehr, Esquire
_____Larry Hanfield, Esquire
_____Martin R. Raskin, Esquire

If yes, please identify and state how you are familiar with that person:

_____

_____

_____

_____

79.     Have you or any member of your family or friends done business with any of the following:

A.  Crowley American Transport, Inc.        _____
B.  Star's Choice                           _____
C.  Klimaxxx Productions, Inc.              _____
D.  The Bitas Group, Inc.                    _____
E.  Triple J Enterprises, Inc.              _____

If yes, please explain:

_____

_____

_____

80.     This trial may take up to six weeks. Do you have any serious problem sitting as a juror in a case that may take up to six weeks to complete?

-34-

_____Yes        _____No

If yes, please explain any problems you might have:

_____

_____

_____

81. Other than the possible length of the trial, do you have any other concerns or reservations about sitting as a juror in this case?

_____Yes        _____No

If yes, what are those concerns or reservations?

_____

_____

_____

_____

82. Has any person talked with you about your possible service as a juror in this particular case or about the jury selection process?

_____Yes        _____No

If yes, please explain:

_____

_____

_____

_____

-35-

83.  Can you think of **any** reason why you could **not** be a fair and impartial juror in this case?

_____Yes          _____No

If yes, explain fully:

_____

_____

_____

_____

84.  Do you have any health problems (e.g. eyesight, hearing, emotional, etc.), are you taking medication or do you have any other condition that might affect your concentration during the trial?

_____Yes          _____No

If yes, describe the health problem(s), medication or other condition and its effect upon you:

_____

_____

_____

_____

Would any such medication or physical impairment make it a hardship for you to sit on the jury?

_____Yes          _____No

-36-

85.    Is there anything you can think of that you should bring to the court's attention regarding your service as a juror on this case?

_____Yes          _____No

If yes, please explain:

_____

_____

_____

_____

86.    Have you consulted with anyone in order to complete this questionnaire?

_____Yes          _____No

If yes, with whom did you consult and why?

_____

_____

_____

_____

87.    As a result of filling out this questionnaire, have you formed any opinions about this case?

_____Yes          _____No

If yes, what are those opinions?

_____

-37-

_____

_____

_____

88.    Do you have any questions, and if so, what questions do you have?

_____

_____

_____

_____

I declare under penalty of perjury that the answers I have given are true and correct.

_____
            Signature

_____
            Juror Number

We realize that we have imposed on your time in responding to this questionnaire, and we thank you for your attention and honesty in its completion. We assure you that it will assist the Court in selecting a fair and impartial jury.

Thank you.