## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by
FEB 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### HONORABLE
### PAUL C. HUCK

======================================================================

CASE NO. 00-6311-CR             DATE 2-6-2001

CLERK  Valerie Thompkins        REPORTER LARRY HERR

USPO _____     INTERPRETER_____

    UNITED STATES OF AMERICA  vs.  CLARENCE LARK et al.,

AUSA MICHAEL DITTOE             DEFENSE CSL. ALL COUNSEL OF RECORD

Defendant(s) Present____ Not Present XXX  In Custody_____

TYPE OF HEARING  SPECIAL STATUS CONFERENCE

RESULT OF HEARING  HEARING CANCELED

======================================================================

### NEW DATES SET BY COURT

Defense P/T/Motions  _____    Trial Date _____

Govt. Resp to P/T/Motions_____  Further S/C _____

Change of Plea  _____

