UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

## GOVERNMENT'S MOTION TO FILE RESPONSES OUT OF TIME

Comes now the United States and hereby files this Motion to File, out of time, its Response to Defendant Newton's motion for a Bill of Particulars and Defendant' Newton's Motion to Dismiss Counts Two and Three of the Indictment, and in support thereof states as follows:

1) On March 5, 2001 The United States timely filed its responses to pre-trial motions filed by the defendants in this case.

2) The undersigned was informed by the Clerk of Court that the United States had failed to file a response to the motions filed by Defendant Curtis Newton.

3) This failure was inadvertent, and the United States immediately requested and received from defense counsel for Newton copies of the motions.



4) After reviewing the motions the undersigned believes that he had been served with the motions but has not been able to locate them.

5) The lack of response by the United States was inadvertent and not undertaken for purposes of delay.

Wherefore, based on the forgoing, the United States requests leave of Court to file the attached responses to the aforementioned Motions.

                                Respectfully submitted,
                                GUY A. LEWIS
                                UNITED STATES ATTORNEY

BY: *[signature]*
MICHAEL J. DITTOE
Assistant United States Attorney
Court ID #A5500209
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

BY: *[signature]*
TERRENCE THOMPSON
Assistant United States Attorney
Court ID #A5500063
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954) 356-7392
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _19TH_ day of March, 2001 to:

| | |
|---|---|
| Donald I. Bierman, Esq<br>Bierman, Shohat, Loewy & Klein, P.A.<br>800 Brickell Avenue, PH-2<br>Miami, FL 33131<br><br>(305) 358-7000<br>Attorney for Lark | Paul D. Lazarus, Esq.<br>800 Brickell Ave., PH-2<br>Miami, FL 33131<br><br><br>(305) 539-0606<br>Attorney for Crenshaw |
| Steve Kassner, Esq.<br>815 Ponce de Leon Blvd., Ste. 303<br>Coral Gables, FL 33134<br><br>(305) 461-2744<br>Attorney for Lampkin | Guy Speigelman, Esq.<br>28 W. Flagler St., Ste. 400<br>Miami, FL 33131<br><br>(305) 373-6634<br>Attorney for McHome |
| Bruce H. Lehr, Esq.<br>1401 Brickell Ave., Ste. 810<br>Miami, FL 33131<br><br>(305) 377-1777<br>Attorney for Seymour | Reemberto Diaz, Esq.<br>1435 S. Miami Ave.<br>Miami, FL 33130<br><br>(305) 446-0001<br>Attorney for Hall |
| Larry Hanfield, Esq.<br>4770 Biscayne Blvd., Ste. 1200<br>Miami, FL 33137<br><br>(305) 576-1011<br>Attorney for Hall | James D. Henderson, Esq.<br>12121 Wilshire Blvd., Ste. 1130<br>Los Angeles, CA 90025<br><br>(310) 478-3131<br>Attorney for Gallo |

Martin R. Raskin, Esq.
Grove Forest Plaza, Ste. 206
2937 S.W. 27 Ave.
Miami, FL 33133

(305) 444-3400
Attorney for Gallo

William J. Cone, Jr., Esq.
514 S.E. Seventh St.
Ft. Lauderdale, FL 33301

(954) 764-0570
Attorney for Newton

MICHAEL J. DITTOE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

CLARENCE LARK, Et Al.

    Defendants
_____/

## ORDER ALLOWING THE GOVERNMENT TO FILE RESPONSES OUT OF TIME

This matter is before the Court on the Motion of the United States to File, out of time, its responses to motions filed by the Defendant Curtis Newton.

After careful consideration,

It is HEREBY ORDERED that the United States is GRANTED leave of Court to file its responses to the Motions filed by Defendant Curtis Newton.

This _____ day of March 2001.

                                          _____
                                          STEPHEN T. BROWN
                                          UNITED STATES MAGISTRATE JUDGE