UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6311-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
Plaintiff,

VS.

WILLIAM GARCIA,
Defendants.
_____/

FILED by _____ D.C.
AUG 08 2001
CLARENCE MADDOX
CLERK U.S. DIST.
S. D. OF FLA.

### ORDER

It appearing to the Court that the above-named defendant is a fugitive from justice, it is therefore,

ORDERED AND ADJUDGED that the Clerk of Court shall remove the defendant from the Court's Pending Case List and shall place the defendant on the Clerk's Fugitive Case List.

DONE AND ORDERED at Miami, Florida, this 8th day of August, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT COURT

cc: Michael Dittoe, AUSA
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Office