UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00-6311-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**WILLIAM GARCIA**

    Defendant.
_____/

FILED by ____ D.C.
JUL 18 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **WILLIAM GARCIA**.

    _____
    MARCOS DANIEL JIMENEZ
    UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

    _____
    PAUL C. HUCK
    UNITED STATES DISTRICT JUDGE

Date:

cc:
U. S. Marshal Service
Pretrial Services
AUSA Terrence J. Thompson
Probation

